**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**HUNTINGTON DIVISION**

MATTHEW ALLEN TAYLOR,

                  Plaintiff,

v.                                      CIVIL ACTION NO.  3:21-0539

PRIMECARE MEDICAL, INC.,
WESTERN REGIONAL JAIL,
WEST VIRGINIA DEPARTMENT OF CORRECTIONS
AND REHABILITATION,
REGINA BYRANT,
MRS. MOORE, Director of Inmate Services, and
CARL ALDRIDGE, Superintendent,

                  Defendants.

**MEMORANDUM OPINION AND ORDER**

This action was referred to the Honorable Dwane L. Tinsley, United States Magistrate

Judge Dwane L. Tinsley, for submission to this Court of proposed findings of fact and

recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has

submitted Findings of Fact and recommended that the Court grant the Motion to Dismiss and

Alternative Motion for Summary Judgment filed by Defendants PrimeCare and Bryant (ECF No.

20) and the Motion to Dismiss filed by Defendants Western Regional Jail, West Virginia

Department of Corrections and Rehabilitation, Moore, and Aldridge (ECF No. 30), and dismiss

this matter from the docket of the Court. No objections to the Magistrate Judge's findings and

recommendation have been filed.

-2-

Accordingly, the Court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and **GRANTS** the Motion to Dismiss and Alternative Motion for Summary Judgment filed by Defendants PrimeCare and Bryant (ECF No. 20) and the Motion to Dismiss filed by Defendants Western Regional Jail, West Virginia Department of Corrections and Rehabilitation, Moore, and Aldridge (ECF No. 30), and **DISMISSES** this matter from the docket of the Court, consistent with the findings and recommendation.

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

ENTER:        June 9, 2022

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE